J-S05001-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KRISTEN M. SPAULDING, | : | |
| | : | |
| Appellant | : | No. 1286 MDA 2019 |

Appeal from the Judgment of Sentence Entered July 16, 2019
in the Court of Common Pleas of Tioga County
Criminal Division at No(s):  CP-59-CR-0000106-2018

BEFORE:  SHOGAN, J., KUNSELMAN, J., and MUSMANNO, J.

CONCURRING STATEMENT BY MUSMANNO, J.:  **FILED APRIL 07, 2020**

I reluctantly concur with the result reached by my distinguished colleague.  However, I would like to note that the closing arguments presented by the Assistant District Attorney were clearly inappropriate, bordering on egregious.